5-20-05 Rcvd Ori ✓

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

FILED MAY 20 2005 S.D. W.P. OF N.Y.

------------------------------X
UNITED STATES OF AMERICA,       :
                                :   04-CR-577 (SCR)
            Plaintiff,          :
                                :
       v.                       :   May 10, 2005
                                :   White Plains, New York
JEROME ALLMACHER,               :
                                :
            Defendant.          :
------------------------------X

TRANSCRIPT OF CRIMINAL CAUSE FOR PLEADING
BEFORE THE HONORABLE MARK D. FOX
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | UNITED STATES ATTORNEY<br>BY: JEFFREY UDELL, ESQ.<br>Assistant United States Attorney |
| For the Defendant: | JOHN R. HOWES, ESQ. |
| Court Transcriber: | SHARI RIEMER<br>TypeWrite Word Processing Service<br>356 Eltingville Boulevard<br>Staten Island, New York 10312 |

**ORIGINAL**

Proceedings recorded by electronic sound recording, transcript produced by transcription service