UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

JEROME ALLMACHER,

    Defendant.
-------------------------------------------x

ORDER

04-CR-577 (SCR)

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the bail conditions, in regard to Mr. Allmacher be modified from 1.2 Million Dollars to 1.0 Million Dollars.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the property of Gustave and Janzie Allmacher at 22 Estate River, Kingshill, St. Croix 00850 shall be released by the Court and government, forthwith, on consent and that a satisfaction be executed immediately by the government and filed with the appropriate authorities, releasing said property from government lien.

**IT IS ALSO ORDERED ADJUDGED AND DECREED** that the bail conditions be modified, on consent of the government, to provide for termination of the condition of house arrest and bracelet for the defendant and upon consent of the government, defendant's travel restrictions shall be expanded to include the Central District of Florida.

Dated: New York, New York

    August **22**, 2006

SO ORDERED

_____
Hon. Stephen C. Robinson

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE